## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JOSEPH YEBOAH

                         Debtor(s)
                                                    CHAPTER 13

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                         Movant                     CASE NO: 5-22-00611-MJC


### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on April 26, 2022, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)   A Petition under Chapter 13 was filed on April 1, 2022.

2)   The Debtor has not filed the following items or a motion for extension
     of time to file same pursuant to F.R.B.P. 1007(c).

      **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
         AND CALCULATION OF COMMITMENT PERIOD
      - Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
      - CHAPTER 13 PLAN**

3)   If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                              Respectfully submitted,

                              /s/ Jack N. Zaharopoulos
                              Standing Chapter 13 Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA  17036
                              (717) 566-6097

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    JOSEPH YEBOAH                          CHAPTER 13

                                                 CASE NO: 5-22-00611-MJC


**NOTICE**

The debtor(s) filed a Chapter13 Bankruptcy Petition on April 1, 2022.

The Standing Chapter 13 Trustee, Jack N. Zaharopoulos, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

> **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME**
>   **AND CALCULATION OF COMMITMENT PERIOD**
> **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
> **- CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

| | |
|---|---|
| **Date:** | **May 24, 2022** |
| **Time:** | **09:30 AM** |
| **Location:** | **U.S. Bankruptcy Court** |
| | **Max Rosenn U.S. Courthouse** |
| | **Courtroom #2** |
| | **197 S. Main Street** |
| | **Wilkes Barre, PA** |

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **May 10, 2022**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036

Dated:  April 26, 2022

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    JOSEPH YEBOAH

                                  CHAPTER 13

             Debtor(s)

                                  CASE NO: 5-22-00611-MJC

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on April 26, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

PAUL W McELRATH, JR, ESQUIRE        Served electronically
McELRATH LEGAL HOLDINGS, LLC
1641 SAW MILL RUN BLVD
PITTSBURGH, PA  15210-

United States Trustee                  Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA  17101

JOSEPH YEBOAH                   Served by 1ST class mail
1541A STUYVESANT  AVENUE
UNION, NJ  07083

I certify under penalty of perjury that the foregoing is true and correct.

Date:  April 26, 2022

                                Respectfully submitted,

                                /s/ Vickie Williams
                                for Jack N. Zaharopoulos, Trustee
                                Suite A, 8125 Adams Dr.
                                Hummelstown, PA  17036
                                Phone:  (717) 566-6097
                                email: info@pamd13trustee.com

IN RE:    JOSEPH YEBOAH

            Debtor(s)                              CHAPTER 13


            JACK N. ZAHAROPOULOS
            CHAPTER 13 TRUSTEE
                  Movant
                                                   CASE NO: 5-22-00611-MJC

            vs.


            JOSEPH YEBOAH


                  Respondent(s)




## ORDER DISMISSING CASE


      Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.  The Court retains jurisdiction to rule on any timely filed fee application.