In re:  Case No. 22-00611-MJC
Joseph Yeboah  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: May 02, 2022 | Form ID: ntnew341 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Yeboah, 1541A Stuyvesant Avenue, Union, NJ 07083-5492 |
| 5467838 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 5467841 | + | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 5467847 | + | Fanta Sea Resorts, 1507 Boardwalk, Atlantic City, NJ 08401-7012 |
| 5467848 | + | HCFS, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 5467853 | + | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5467854 | ++ | LAKE OF THE PINES COMMUNITY ASSOCIATION, PO BOX 305, GOULDSBORO PA 18424-0305 address filed with court:, Lake Of The Pines, PO Box 305, Gouldsboro, PA 18424 |
| 5467856 | + | Met Ed, c/o Fist Energy, 101 Crawford's Corner Road, Bldg. 1, Suite 1-51, Holmdel, NJ 07733-1976 |
| 5467857 | + | Middle Smithfield Township, 147 Municipal Drive, East Stroudsburg, PA 18302-9519 |
| 5467873 | + | Udren Law Offices, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 5467875 | + | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 02 2022 18:57:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5467839 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 02 2022 18:45:00 | American Honda Finance, National Bankruptcy Center, PO Box 168088, Irving, TX 75016 |
| 5467837 | + | Email/Text: ally@ebn.phinsolutions.com | May 02 2022 18:45:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5467840 | | Email/PDF: ebn_ais@aisinfo.com | May 02 2022 18:57:40 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 5467841 | ^ | MEBN | May 02 2022 18:40:50 | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 5467842 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 02 2022 18:57:52 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5467843 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 02 2022 18:57:53 | Citibank, 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 5467844 | + | Email/Text: mediamanagers@clientservices.com | May 02 2022 18:45:00 | Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 5467845 | | Email/Text: G06041@att.com | May 02 2022 18:45:00 | DirecTV, PO Box 78626, Phoenix, AZ 85062-8626 |
| 5467846 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 02 2022 18:57:40 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 5467855 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 02 2022 18:57:46 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Boulevard, Mason, OH 45040 |
| 5467849 | + | Email/Text: Bankruptcy@ICSystem.com | May 02 2022 18:45:00 | I C System, Attn: Bankruptcy, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 5467852 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 02 2022 18:45:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 5467858 | + | Email/Text: bankruptcydpt@mcmcg.com | May 02 2022 18:45:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 5467859 | + | Email/Text: MKnitter@monroecountypa.gov | May 02 2022 18:45:00 | Monroe County Tax Claim Bureau, 1 Quaker Plz 104, Stroudsburg, PA 18360-2141 |
| 5467860 | + | Email/Text: Bankruptcies@nragroup.com | May 02 2022 18:45:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5467861 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2022 18:45:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 5467862 | | Email/Text: Bankruptcy.Notices@pnc.com | May 02 2022 18:45:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 5467864 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2022 18:57:46 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 5471553 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2022 18:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5467863 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2022 18:57:46 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 5467865 | | Email/Text: bnc-quantum@quantum3group.com | May 02 2022 18:45:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 5467866 | + | Email/Text: enotifications@santanderconsumerusa.com | May 02 2022 18:45:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5467867 | + | Email/PDF: gecsedi@recoverycorp.com | May 02 2022 18:57:52 | Syncb/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 5467876 | + | Email/PDF: gecsedi@recoverycorp.com | May 02 2022 18:57:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5467868 | + | Email/PDF: gecsedi@recoverycorp.com | May 02 2022 18:57:46 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5467869 | + | Email/PDF: gecsedi@recoverycorp.com | May 02 2022 18:57:52 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5467870 | + | Email/PDF: gecsedi@recoverycorp.com | May 02 2022 18:57:52 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5467871 | + | Email/Text: jaxbanko@td.com | May 02 2022 18:44:00 | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 5467872 | + | Email/PDF: tbiedi@PRAGroup.com | May 02 2022 18:57:46 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5467874 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 02 2022 18:44:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5467851 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 5467850 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |

District/off: 0314-5　　　　　　　　User: AutoDocke　　　　　　　　Page 3 of 3
Date Rcvd: May 02, 2022　　　　　　Form ID: ntnew341　　　　　　　Total Noticed: 41
TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2022　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov  TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Joseph Yeboah ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph Yeboah,      Chapter  13

**Debtor 1**

Case No.  5:22−bk−00611−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: June 13, 2022 |
|---|---|
| | Time: 10:00 AM |

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 2, 2022 |

ntnew341 (04/18)