IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5:22-bk-00611 |
| | : | |
| **Joseph Yeboah** | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| **Joseph Yeboah** | : | |
| | : | |
| Movant | : | |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Joseph Yeboah**, hereby state as follows:

1. I am a self-employed cab driver.

2. I earn average business income in the amount of $6,000.00 per month.

3. I have filed income tax returns for the years 2018-2021.

4. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: May 9, 2022              /s/ **Joseph Yeboah**
                                            Joseph Yeboah
                                            Debtor