In re:      Case No. 22-00611-MJC

Joseph Yeboah      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4

Date Rcvd: Jun 14, 2022      Form ID: ntcnfhrg      Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Yeboah, 1541A Stuyvesant Avenue, Union, NJ 07083-5492 |
| 5467838 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 5474345 | + | AT&T c/o Bankruptcy, 1801 Valley View Lane, Farmers Branch, TX 75234-8906 |
| 5467847 | + | Fanta Sea Resorts, 1507 Boardwalk, Atlantic City, NJ 08401-7012 |
| 5467848 | + | HCFS, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 5467853 | + | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5474360 | + | KML Law Group, BNY Mellon Independence Center, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5467854 | ++ | LAKE OF THE PINES COMMUNITY ASSOCIATION, PO BOX 305, GOULDSBORO PA 18424-0305 address filed with court:, Lake Of The Pines, PO Box 305, Gouldsboro, PA 18424 |
| 5467856 | + | Met Ed, c/o Fist Energy, 101 Crawford's Corner Road, Bldg. 1, Suite 1-51, Holmdel, NJ 07733-1976 |
| 5467857 | + | Middle Smithfield Township, 147 Municipal Drive, East Stroudsburg, PA 18302-9519 |
| 5474381 | + | Township of Middle Smithfield, 1 West Broad Street, Suite 700, Bethlehem, PA 18018-5717 |
| 5467873 | + | Udren Law Offices, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 5467875 | + | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 14 2022 18:47:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5467839 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 14 2022 18:50:00 | American Honda Finance, National Bankruptcy Center, PO Box 168088, Irving, TX 75016 |
| 5474346 | + | Email/Text: g20956@att.com | Jun 14 2022 18:50:00 | AT&T Mobility II LLC, % AT&T Services, Inc, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 5474347 | | Email/Text: bnc@atlasacq.com | Jun 14 2022 18:50:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 5467837 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 14 2022 18:50:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5467840 | | Email/PDF: ebn_ais@aisinfo.com | Jun 14 2022 18:48:05 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 5467841 | ^ | MEBN | Jun 14 2022 18:44:15 | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 5479746 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 14 2022 18:47:48 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5467842 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 14 2022 18:47:46 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5467843 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 14 2022 18:58:23 | Citibank, 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 5467844 | + | Email/Text: mediamanagers@clientservices.com | Jun 14 2022 18:50:00 | Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 5467845 | | Email/Text: G06041@att.com | Jun 14 2022 18:50:00 | DirecTV, PO Box 78626, Phoenix, AZ 85062-8626 |
| 5467846 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 14 2022 18:58:13 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 5467855 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 14 2022 18:58:13 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5467849 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 14 2022 18:50:00 | I C System, Attn: Bankruptcy, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 5467852 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 14 2022 18:50:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 5467858 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2022 18:50:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 5467859 | + | Email/Text: MKnitter@monroecountypa.gov | Jun 14 2022 18:50:00 | Monroe County Tax Claim Bureau, 1 Quaker Plz 104, Stroudsburg, PA 18360-2141 |
| 5467860 | + | Email/Text: Bankruptcies@nragroup.com | Jun 14 2022 18:50:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5467861 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 14 2022 18:50:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 5476273 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 14 2022 18:50:00 | PNC Bank, N.A., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5476274 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 14 2022 18:50:00 | PNC Bank, National Association, PNC Bank, N.A., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5467862 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 14 2022 18:50:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 5467864 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2022 18:47:56 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 5476370 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2022 18:47:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5471553 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 14 2022 18:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5467863 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2022 18:58:12 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 5467865 | | Email/Text: bnc-quantum@quantum3group.com | Jun 14 2022 18:50:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 5467866 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 14 2022 18:50:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5467867 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2022 18:48:04 | Syncb/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 5467876 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2022 18:48:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5467868 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2022 18:47:54 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5467869 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2022 18:48:04 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5467870 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 14 2022 18:47:54 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5467871 | + | Email/Text: jaxbanko@td.com | Jun 14 2022 18:50:00 | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 5467872 | + | Email/PDF: tbiedi@PRAGroup.com | Jun 14 2022 18:48:03 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5467874 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 14 2022 18:50:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 5477856 | | Email/PDF: ebn_ais@aisinfo.com | Jun 14 2022 18:47:55 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5474366 | | Monroe Co Drs |
| 5474342 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, National Bankruptcy Center, PO Box 168088, Irving, TX 75016 |
| 5474341 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 5474340 | *+ | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5474343 | * | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 5474344 | *+ | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 5474348 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5474349 | *+ | Citibank, 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 5474350 | *+ | Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 5474351 | *P++ | DIRECTV LLC, ATTN BANKRUPTCIES, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550, address filed with court:, DirecTV, PO Box 78626, Phoenix, AZ 85062-8626 |
| 5474352 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 5474362 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5474353 | *+ | Fanta Sea Resorts, 1507 Boardwalk, Atlantic City, NJ 08401-7012 |
| 5474354 | *+ | HCFS, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 5474355 | *+ | I C System, Attn: Bankruptcy, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 5467851 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 5474357 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 5474358 | *+ | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 5467850 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 5474356 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 5474359 | *+ | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5474361 | *P++ | LAKE OF THE PINES COMMUNITY ASSOCIATION, PO BOX 305, GOULDSBORO PA 18424-0305, address filed with court:, Lake Of The Pines, PO Box 305, Gouldsboro, PA 18424 |
| 5474363 | *+ | Met Ed, c/o Fist Energy, 101 Crawford's Corner Road, Bldg. 1, Suite 1-51, Holmdel, NJ 07733-1976 |
| 5474364 | *+ | Middle Smithfield Township, 147 Municipal Drive, East Stroudsburg, PA 18302-9519 |
| 5474365 | *+ | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 5474367 | *+ | Monroe County Tax Claim Bureau, 1 Quaker Plz 104, Stroudsburg, PA 18360-2141 |
| 5474368 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5474369 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 5474370 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 5474372 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 5474371 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 5474373 | * | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 5474374 | *+ | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5474375 | *+ | Syncb/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 5474376 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5474377 | *+ | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| | | |
|---|---|---|
| 5474378 | *+ | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5474379 | *+ | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 5474380 | *+ | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5474382 | *+ | Udren Law Offices, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 5474383 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 5474384 | *+ | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 1 Undeliverable, 41 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022        Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov  TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Joseph Yeboah ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Joseph Yeboah,       Chapter   13

    **Debtor 1**

Case No.   5:22−bk−00611−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 19, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 26, 2022<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 14, 2022 |

ntcnfhrg (08/21)