IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 22-00611 |
| | : | |
| JOSEPH YEBOAH | : | |
| | : | |
| Debtor | : | CHAPTER 13 |

**OBJECTION TO CHAPTER 13 PLAN CONFIRMATION BY
SECURED CREDITOR MIDDLE SMITHFIELD TOWNSHIP**

1.  Debtor is Joseph Yeboah.

2.  Debtor owns real property located at 101 Kimball Court, East Stroudsburg, Middle Smithfield Township, Pennsylvania, otherwise identified as Tax Parcel No. 09.4C.3.26. ("Property").

3.  Middle Smithfield Township (the "Township") provides sewer services to the Property.

4.  On or about June 13, 2018, the Township filed a Municipal Lien Claim against the Property for Sewer services and related fees for the time period beginning October 1, 2015 and ending June 4, 2018 in the amount of $1,902.16. Said Municipal Lien Claim is filed in Monroe County Court of Common Pleas at docket number 4330-CV-2018, which is attached hereto and made a part hereof as Exhibit "A."

5.  On or about September 17, 2021, the Township filed a Municipal Lien Claim against the Property for Sewer services and related fees for the time period beginning April 1, 2018 and ending September 13, 2021 in the amount of $1,926.55. Said Municipal Lien Claim is filed in Monroe County Court of Common Pleas at docket number 5200-CV-2021, which is attached hereto and made a part hereof as Exhibit "B."

6. Since September 13, 2021, Debtor has continued to incur fees and charges for sewer services. Attached hereto and made a part hereof as Exhibit "C" is an itemized statement evidencing fees and charges for sewer services.

7. As of the Petition date, the total amount due and owing is as follows:

| | | |
|---|---|---|
| Fees | $ | 3,968.00 |
| Interest | $ | 111.17 |
| Penalty | $ | 595.37 |
| Lien Fee | $ | 75.25 |
| Collections | $ | 35.00 |
| Total | $ | 4,784.79 |

8. Contemporaneously with the filing of this Objection, the Township is filing a Poof of Claim, listing the amount of the claim as $4,784.79.

9. Debtor's Chapter 13 Plan cannot be confirmed as the Township's claim is secured in the amount of $4,784.79, and the Debtor's Plan fails to pay the outstanding sum due and owing on the liens, which is substantially less than the value of the Property.

10. The Township did not receive any notice of this bankruptcy until it received, on or about June 20, 2022, a Notice in regard to the confirmation hearing on Debtor's proposed Chapter 13 Plan.

11. Debtor's proposed Chapter 13 Plan does not appear to address payment of the Debtor's arrearages with the Township.

12. Further, Debtor has failed to pay post-petition charges for sewer service in the amount of at least $175.00 and has not made arrangements with the Township in regard to payment of sewer service post-petition.

13. The Debtor's proposed plan does not discuss, or adequately discuss, how the Debtor intends to cure past delinquencies or how Debtor will pay for subsequent sewer charges.

14. The Debtor's Chapter 13 Plan is unjust and unfeasible.

15. Failure to pay the municipal charges is only going to result in discontinuance of municipal services, or foreclosure of the Township lien, with the subsequent eviction of any occupants of the Property.

WHEREFORE, Middle Smithfield Township respectfully requests that This Honorable Court deny confirmation of Debtor's Chapter 13 Plan for failure to comply with the requirements of the Bankruptcy law or to require an amendment to Debtor's Chapter 13 Plan providing for payment consistent with the facts set forth herein above.

                                              Respectfully Submitted,
                                              GRIM, BIEHN & THATCHER

By:    /s/ Kelly L. Eberle
        Kelly L. Eberle
        Attorney for Middle Smithfield Township

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 22-00611 |
| | : | |
| JOSEPH YEBOAH | : | |
| | : | |
| Debtor | : | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, KELLY L. EBERLE, attorney for Middle Smithfield Township, do hereby certify that a true and correct copy of the Objection of Secured Creditor Middle Smithfield Township to Plan Confirmation has been served this 6th day of July 2022, by first class mail, postage pre-paid, upon those listed below:

Attorney for Debtor:
Paul W. McElrath, Jr., Esquire
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

Trustee:
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Debtor:
Joseph Yeboah
1541A Stuyvesant Avenue
Union, NJ 07083

* Interested Parties (if any)

GRIM, BIEHN & THATCHER

Dated: July 6, 2022     By:     /s/ Kelly L. Eberle
                                Kelly L. Eberle
                                Attorney for Middle Smithfield Township

# EXHIBIT "A"

PIN#: <u>0973 4403314420</u>    Acct #: <u>03-0023</u>



| | |
|---|---|
| MIDDLE SMITHFIELD TOWNSHIP | IN THE COURT OF COMMON PLEAS |
| *Claimant,* | MONROE COUNTY, PENNSYLVANIA |
| v. | No. <u>4330</u> - CIVIL-2018 |
| JOSEPH YEBOAH | AMOUNT OF CLAIM: $1,902.16 |
| *Defendant,* | Monroe Prothonotary<br>JUN 13 '18 PM 1:05 |

## MUNICIPAL CLAIM FOR SEWER RENTALS AND CHARGES

1.   The name of Claimant is Middle Smithfield Township, a township of the Second Class of the Commonwealth of Pennsylvania, located in the County of Monroe and having an address of 147 Municipal Drive, East Stroudsburg, Pennsylvania 18302.

2.   The name and last known address of the owner of the property against which this claim is filed is Joseph Yeboah, 101 Kimball Court, East Stroudsburg, PA 18302.

3.   The property against which this claim is filed is described as follows:
**ALL THAT CERTAIN** lot or piece of ground SITUATE in the Township of Middle Smithfield, County of Monroe and Commonwealth of Pennsylvania, more fully described in a deed dated 05/03/2007, and recorded in Monroe County in Record Book 2304, Page 2978.
**BEING** Monroe County Tax Parcel No. 09/4C/3/26.

4.   The charges for which this claim is filed and levied arise pursuant to Section 1 of the Act of July 18, 1935, P.L. 1286 (the "Sewer Rental Act"), as amended, 53 P.S. §2331, as well as the Act of May 1, 1933, P.L. 103 (the "Second Class Township Code"), as amended, 53 P.S. §67511, together with such other amendments, supplements and all other Acts relating to sewer rentals or charges and the pertinent resolutions and/or ordinances of the Township of Middle Smithfield levying such rentals or charges.

This claim is filed pursuant to the Municipal Claims and Tax Liens Law, 53 P.S. § 7101, et seq.

6. This claim is filed for the use of sanitary sewer service to the above-described property, surcharges, and/or late fees from 10/01/2015 to and including 06/04/2018.

7. The amount of this claim is summarized as follows:

| | |
|---|---|
| Amount Owed: | $ 1,400.00 |
| Interest: | $ 151.91 |
| Late Fee/Collections: | $ 275.00 |
| Lien Recording Fee: | $ 75.25 |
| Total Amount Owed: | $ 1,902.16 |

8. A true and correct copy of Middle Smithfield Township's detailed financial transaction summary, justifying the $1,902.16 total amount owed (through 06/11/2018) is attached hereto as Exhibit "A".

9. The Prothonotary of Monroe County is requested to enter the above claim in the proper and appropriate docket and upon the judgment and locality indices.

MIDDLE SMITHFIELD TOWNSHIP

Dated: June 11, 2018

By: _____
Joan H. Woisin – Sewer Coordinator
Middle Smithfield Township

**Customer**
03-0023
JOSEPH YEBOAH
101 KIMBALL COURT
EAST STROUDSBURG  PA  18302

**Service Address** 101 KIMBALL COURT

| Transaction Date | Description | Reference | Transaction Amount | Running Balance | Due Date | Balance Due |
|---|---|---|---|---|---|---|
| 09/26/2013 | Adjustment | Credit bal adj | -35.20 | -35.20 | 09/26/2013 | |
| 09/30/2013 | Billing | | 132.50 | 97.30 | 11/02/2013 | |
| 11/27/2013 | Payment | 446 | -100.00 | -2.70 | | |
| 01/02/2014 | Billing | | 132.50 | 129.80 | 02/03/2014 | |
| 02/10/2014 | Payment | 115 | -150.00 | -20.20 | | |
| 04/01/2014 | Billing | | 132.50 | 112.30 | 05/02/2014 | |
| 05/13/2014 | Payment | 313 | -140.00 | -27.70 | | |
| 07/01/2014 | Billing | | 175.00 | 147.30 | 08/02/2014 | |
| 07/16/2014 | Payment | 333 | -150.00 | -2.70 | | |
| 10/01/2014 | Billing | | 175.00 | 172.30 | 11/02/2014 | |
| 11/10/2014 | Payment | 157 | -180.00 | -7.70 | | |
| 01/05/2015 | Billing | | 175.00 | 167.30 | 02/05/2015 | |
| 03/10/2015 | Penalty | | 25.00 | 192.30 | | |
| 03/31/2015 | Interest | | 2.63 | 194.93 | | |
| 04/01/2015 | Billing | | 175.00 | 369.93 | 05/02/2015 | |
| 05/04/2015 | Payment | 203 | -350.00 | 19.93 | | |
| 05/26/2015 | Adjustment | Write Off | -19.93 | | 05/02/2015 | |
| 07/01/2015 | Billing | | 175.00 | 175.00 | 08/05/2015 | |
| 08/11/2015 | Penalty | | 25.00 | 200.00 | | |
| 08/27/2015 | Payment | 223 | -180.00 | 20.00 | | |
| 08/31/2015 | Adjustment | Write Off | -20.00 | | 08/05/2015 | |
| 10/01/2015 | Billing | | 175.00 | 175.00 | 11/02/2015 | |
| 12/04/2015 | Penalty | | 25.00 | 200.00 | | |
| 12/23/2015 | Interest | | 2.63 | 202.63 | | |
| 01/06/2016 | Billing | | 175.00 | 377.63 | 02/05/2016 | |
| 03/08/2016 | Penalty | | 25.00 | 402.63 | | |
| 03/08/2016 | Interest | | 5.26 | 407.89 | | |
| 04/01/2016 | Billing | | 175.00 | 582.89 | 05/02/2016 | 162.26 |
| 04/15/2016 | Payment | 1109 | -300.00 | 282.89 | | |
| 06/03/2016 | Interest | | 4.25 | 287.14 | | |
| 06/03/2016 | Penalty | | 25.00 | 312.14 | | |
| 07/01/2016 | Billing | | 175.00 | 487.14 | 08/05/2016 | 196.04 |
| 09/07/2016 | Interest | | 6.90 | 494.04 | | |
| 09/07/2016 | Penalty | | 25.00 | 519.04 | | |
| 10/01/2016 | Billing | | 175.00 | 694.04 | 11/03/2016 | 221.04 |
| 11/14/2016 | Payment | 1048 | -200.00 | 494.04 | | |
| 12/06/2016 | Interest | | 7.42 | 501.46 | | |
| 12/06/2016 | Penalty | | 25.00 | 526.46 | | |

# Middle Smithfield Township Sewer Department - Customer History Report

**Customer**
03-0023
JOSEPH YEBOAH
101 KIMBALL COURT
EAST STROUDSBURG PA 18302

**Service Address** 101 KIMBALL COURT

| Transaction Date | Description | Reference | Transaction Amount | Running Balance | Due Date | Balance Due |
|---|---|---|---|---|---|---|
| 01/05/2017 | Billing | | 175.00 | 701.46 | 02/05/2017 | 218.41 |
| 03/09/2017 | Interest | | 10.08 | 711.54 | | |
| 03/09/2017 | Penalty | | 25.00 | 736.54 | | |
| 04/03/2017 | Billing | | 175.00 | 911.54 | 05/03/2017 | 215.78 |
| 06/06/2017 | Interest | | 12.75 | 924.29 | | |
| 06/06/2017 | Penalty | | 25.00 | 949.29 | | |
| 07/01/2017 | Billing | | 175.00 | 1,124.29 | 08/03/2017 | 213.15 |
| 09/13/2017 | Penalty | | 25.00 | 1,149.29 | | |
| 09/13/2017 | Interest | | 15.41 | 1,164.70 | | |
| 10/02/2017 | Billing | | 175.00 | 1,339.70 | 11/02/2017 | 210.52 |
| 12/05/2017 | Interest | | 18.07 | 1,357.77 | | |
| 12/05/2017 | Penalty | | 25.00 | 1,382.77 | | |
| 01/01/2018 | Billing | | 175.00 | 1,557.77 | 02/03/2018 | 207.89 |
| 03/13/2018 | Interest | | 20.74 | 1,578.51 | | |
| 03/13/2018 | Penalty | | 25.00 | 1,603.51 | | |
| 04/01/2018 | Billing | | 175.00 | 1,778.51 | 05/03/2018 | 205.26 |
| 06/05/2018 | Interest | | 23.40 | 1,801.91 | | |
| 06/05/2018 | Penalty | | 25.00 | 1,826.91 | | |
| 06/11/2018 | Adjustment | Lien Fee | 75.25 | 1,902.16 | 06/11/2018 | 75.25 |
| 07/02/2018 | Billing | | 175.00 | 2,077.16 | 08/03/2018 | 202.63 |
| 09/06/2018 | Interest | | 26.07 | 2,103.23 | | |
| 09/06/2018 | Penalty | | 25.00 | 2,128.23 | | |
| 10/01/2018 | Billing | | 175.00 | 2,303.23 | 11/02/2018 | 175.00 |

# EXHIBIT "B"

PIN#: 0973 4403314420     Acct #: 03-0023-0

| | |
|---|---|
| MIDDLE SMITHFIELD TOWNSHIP | : |
| *Claimant,* | : IN THE COURT OF COMMON PLEAS |
| | : MONROE COUNTY, PENNSYLVANIA |
| v. | : |
| | : No. 5200 - CIVIL 2021 |
| | : |
| | : AMOUNT OF CLAIM: $1,926.55 |
| JOSEPH YEBOAH | : |
| *Defendant,* | : |

## MUNICIPAL CLAIM FOR SEWER RENTALS AND CHARGES

1. The name of Claimant is Middle Smithfield Township, a township of the Second Class of the Commonwealth of Pennsylvania, located in the County of Monroe and having an address of 147 Municipal Drive, East Stroudsburg, Pennsylvania 18302.

2. The name and last known address of the owner of the property against which this claim is filed is Joseph Yeboah, 101 Kimball Ct, East Stroudsburg, PA 18302.

3. The property against which this claim is filed is described as follows:
   **ALL THAT CERTAIN** lot or piece of ground SITUATE in the Township of Middle Smithfield, County of Monroe and Commonwealth of Pennsylvania, more fully described in a deed dated 05/03/2007, and recorded in Monroe County in Record Book 2304, Page 2978.
   **BEING** Monroe County Tax Parcel No. 09.4C.3.26.

4. The charges for which this claim is filed and levied arise pursuant to Section 1 of the Act of July 18, 1935, P.L. 1286 (the "Sewer Rental Act"), as amended, 53 P.S. §2331, as well as the Act of May 1, 1933, P.L. 103 (the "Second Class Township Code"), as amended, 53 P.S. §67511, together with such other amendments, supplements and all other Acts relating to sewer rentals or charges and the pertinent resolutions and/or ordinances of the Township of Middle Smithfield levying such rentals or charges.

5. This claim is filed pursuant to the Municipal Claims and Tax Liens Law, 53 P.S. § 7101, *et seq.*

6. This claim is filed for the use of sanitary sewer service to the above-described property, surcharges, and/or late fees from 04/01/2019 to and including 09/13/2021.

7. The amount of this claim is summarized as follows:

| | |
|---|---|
| Amount Owed: | $ 1,750.00 |
| Late Fee/Collections: | $ 75.00 |
| Interest: | $ 26.30 |
| Lien Recording Fee: | $ 75.25 |
| Total Amount Owed: | $ 1,926.55 |

8. A true and correct copy of Middle Smithfield Township's detailed financial transaction summary, justifying the $1,926.55 total amount owed (through 09/13/2021) is attached hereto as Exhibit "A".

9. The Prothonotary of Monroe County is requested to enter the above claim in the proper and appropriate docket and upon the judgment and locality indices.

**MIDDLE SMITHFIELD TOWNSHIP**

Dated: 9/13/2021    By: _____

Joan H. Woisin – Sewer Coordinator
Middle Smithfield Township

# Customer Statement

A005
09/13/2021

Middle Smithfield Township Sewer Department
147 Municipal Dr
East Stroudsburg, PA 18302
570-223-8920, Ext. 115

Account 03-0023-0
Name JOSEPH YEBOAH
Address 101 KIMBALL COURT E. STROUDSBURG, PA 18302

For 04/01/2019 to 09/13/2021

| Date | Transaction # | Bill # | Usage | Transaction Amount | Running Balance |
|---|---|---|---|---|---|
| 04/01/2019 | 15801 | 12134 | 0 | 175.00 | 99.75 |
| 05/28/2019 | 2322 | | | 75.25 | 175.00 |
| 06/04/2019 | 32508 | | | 2.63 | 177.63 |
| 07/01/2019 | 20848 | 17181 | 0 | 175.00 | 352.63 |
| 09/06/2019 | 58876 | | | 25.00 | 382.89 |
| 09/06/2019 | 35573 | | | 5.26 | 382.89 |
| 10/01/2019 | 10746 | 7079 | 0 | 175.00 | 557.89 |
| 12/05/2019 | 43271 | | | 25.00 | 590.78 |
| 12/05/2019 | 30185 | | | 7.89 | 590.78 |
| 01/03/2020 | 24191 | 20524 | 0 | 175.00 | 765.78 |
| 03/05/2020 | 36107 | | | 10.52 | 801.30 |
| 03/05/2020 | 60734 | | | 25.00 | 801.30 |
| 04/01/2020 | 25841 | 22174 | 0 | 175.00 | 976.30 |
| 07/03/2020 | 27467 | 23800 | 0 | 175.00 | 1,151.30 |
| 10/01/2020 | 64760 | 35975 | | 175.00 | 1,326.30 |
| 01/07/2021 | 72449 | 55895 | | 175.00 | 1,501.30 |
| 04/01/2021 | 79721 | 81269 | | 175.00 | 1,676.30 |
| 07/02/2021 | 89203 | 91162 | | 175.00 | 1,851.30 |
| 09/10/2021 | 96825 | | | 75.25 | 1,926.55 |

## Totals

| Type | Total |
|---|---|
| Adjust | 150.50 |
| Bill | 1750.00 |
| Penalty | 101.30 |

## Total Usage: 0

Case 5:22-bk-00611-MJC   Doc 34   Filed 07/06/22   Entered 07/06/22 13:24:03   Desc
Main Document     Page 13 of 16

# EXHIBIT "C"

Middle Smithfield Township Sewer Department
147 Municipal Dr
East Stroudsburg, PA 18302
570-223-8920, Ext. 115

Account 03-0023-0
Name JOSEPH YEBOAH
Address 101 KIMBALL COURT E. STROUDSBURG, PA 18302

For 01/01/17 to 06/20/2022

| Date | Transaction # | Bill # | Usage | Transaction Amount | Running Balance |
|---|---|---|---|---|---|
| 01/05/2017 | 7288 | 3621 | 0 | 175.00 | 701.46 |
| 03/09/2017 | 47528 | | | 25.00 | 736.54 |
| 03/09/2017 | 31932 | | | 10.08 | 736.54 |
| 04/03/2017 | 17423 | 13756 | 0 | 175.00 | 911.54 |
| 06/06/2017 | 33685 | | | 12.75 | 949.29 |
| 06/06/2017 | 53144 | | | 25.00 | 949.29 |
| 07/01/2017 | 19135 | 15468 | 0 | 175.00 | 1,124.29 |
| 09/13/2017 | 34286 | | | 15.41 | 1,164.70 |
| 09/13/2017 | 57320 | | | 25.00 | 1,164.70 |
| 10/02/2017 | 12369 | 8702 | 0 | 175.00 | 1,339.70 |
| 12/05/2017 | 28962 | | | 18.07 | 1,382.77 |
| 12/05/2017 | 42074 | | | 25.00 | 1,382.77 |
| 01/01/2018 | 3897 | 230 | 0 | 175.00 | 1,557.77 |
| 03/13/2018 | 46010 | | | 25.00 | 1,603.51 |
| 03/13/2018 | 30762 | | | 20.74 | 1,603.51 |
| 04/01/2018 | 14082 | 10415 | 0 | 175.00 | 1,778.51 |
| 06/05/2018 | 33033 | | | 23.40 | 1,826.91 |
| 06/05/2018 | 52496 | | | 25.00 | 1,826.91 |
| 07/02/2018 | 22471 | 18804 | 0 | 175.00 | 2,001.91 |
| 09/06/2018 | 58200 | | | 25.00 | 2,052.98 |
| 09/06/2018 | 34883 | | | 26.07 | 2,052.98 |
| 10/01/2018 | 9028 | 5361 | 0 | 175.00 | 2,227.98 |
| 12/05/2018 | 42694 | | | 25.00 | 2,281.71 |
| 12/05/2018 | 29593 | | | 28.73 | 2,281.71 |
| 01/03/2019 | 5640 | 1973 | 0 | 175.00 | 2,456.71 |
| 03/06/2019 | 31364 | | | 31.40 | 2,513.11 |
| 03/06/2019 | 46902 | | | 25.00 | 2,513.11 |
| 03/14/2019 | 2201 | | | -2588.36 | -75.25 |
| 04/01/2019 | 15801 | 12134 | 0 | 175.00 | 99.75 |
| 05/28/2019 | 2322 | | | 75.25 | 175.00 |
| 06/04/2019 | 32508 | | | 2.63 | 177.63 |
| 07/01/2019 | 20848 | 17181 | 0 | 175.00 | 352.63 |
| 09/06/2019 | 35573 | | | 5.26 | 382.89 |
| 09/06/2019 | 58876 | | | 25.00 | 382.89 |
| 10/01/2019 | 10746 | 7079 | 0 | 175.00 | 557.89 |
| 12/05/2019 | 43271 | | | 25.00 | 590.78 |
| 12/05/2019 | 30185 | | | 7.89 | 590.78 |
| 01/03/2020 | 24191 | 20524 | 0 | 175.00 | 765.78 |

# Customer Statement

Middle Smithfield Township Sewer Department
147 Municipal Dr
East Stroudsburg, PA 18302
570-223-8920, Ext. 115

Account 03-0023-0
Name   JOSEPH YEBOAH
Address 101 KIMBALL COURT E. STROUDSBURG, PA 18302

For 01/01/17 to 06/20/2022

| Date | Transaction # | Bill # | Usage | Transaction Amount | Running Balance |
|---|---|---|---|---|---|
| 03/05/2020 | 36107 | | | 10.52 | 801.30 |
| 03/05/2020 | 60734 | | | 25.00 | 801.30 |
| 04/01/2020 | 25841 | 22174 | 0 | 175.00 | 976.30 |
| 07/03/2020 | 27467 | 23800 | 0 | 175.00 | 1,151.30 |
| 10/01/2020 | 64760 | 35975 | | 175.00 | 1,326.30 |
| 01/07/2021 | 72449 | 55895 | | 175.00 | 1,501.30 |
| 04/01/2021 | 79721 | 81269 | | 175.00 | 1,676.30 |
| 07/02/2021 | 89203 | 91162 | | 175.00 | 1,851.30 |
| 09/10/2021 | 96825 | | | 75.25 | 1,926.55 |
| 09/27/2021 | 97423 | | | 2137.07 | 4,063.62 |
| 10/01/2021 | 98281 | 101251 | | 175.00 | 4,238.62 |
| 12/06/2021 | 113466 | 101251 | | 25.00 | 4,263.62 |
| 12/06/2021 | 115311 | 101251 | | 54.27 | 4,317.89 |
| 12/09/2021 | 117201 | | | 35.00 | 4,352.89 |
| 01/05/2022 | 118066 | 107500 | | 175.00 | 4,527.89 |
| 03/03/2022 | 126311 | 107500 | | 25.00 | 4,552.89 |
| 03/03/2022 | 126904 | 107500 | | 56.90 | 4,609.79 |
| 04/01/2022 | 128658 | 115236 | | 175.00 | 4,784.79 |
| 06/06/2022 | 144222 | 115236 | | 25.00 | 4,809.79 |
| 06/06/2022 | 146001 | 115236 | | 59.52 | 4,869.31 |

## Totals

| Type | Total |
|---|---|
| Adjust | -265.79 |
| Bill | 3850.00 |
| Interest | 170.69 |
| Penalty | 587.95 |

## Total Usage: 0