UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH YEBOAH : CHAPTER 13
     Debtor :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
 :
    vs. :
 :
JOSEPH YEBOAH :
     Respondent : CASE NO. 5-22-bk-00611

### TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

    AND NOW, this 30th day of August, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

    1. Debtor's plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, the debtor has excess non-exempt equity in the following:

      a. Residential real estate.

    2. The Trustee avers that debtor's plan is not feasible based upon the following:

      a. Secured claims not in plan – regarding Monroe County Tax Claim Bureau.

    3. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

      a. Clarification of debtor(s) counsel fees which are in conflict with 2016(b) Statement – exceed the presumptively reasonable fee.

    WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

          Respectfully submitted:

Jack N. Zaharopoulos  
Standing Chapter 13 Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
(717) 566-6097

BY: /s/Agatha R. McHale  
      Attorney for Trustee

CERTIFICATE OF SERVICE

      AND NOW, this 30th day of August, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul McElrath, Jr., Esquire  
1641 Saw Mill Run Blvd.  
Pittsburgh, PA 15210

/s/Deborah A. Behney  
Office of Jack N. Zaharopoulos  
Standing Chapter 13 Trustee