In re:  Case No. 22-00611-MJC

Joseph Yeboah  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 5
Date Rcvd: Aug 28, 2023      Form ID: ordsmiss      Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Yeboah, 1541A Stuyvesant Avenue, Union, NJ 07083-5492 |
| 5474345 | + | AT&T c/o Bankruptcy, 1801 Valley View Lane, Farmers Branch, TX 75234-8906 |
| 5467847 | + | Fanta Sea Resorts, 1507 Boardwalk, Atlantic City, NJ 08401-7012 |
| 5490546 | + | FirstService Residential, 106 Columbia Drive, Ste 3, East Stroudsburg, PA 18301-8221 |
| 5467854 | ++ | LAKE OF THE PINES COMMUNITY ASSOCIATION, PO BOX 305, GOULDSBORO PA 18424-0305 address filed with court:, Lake Of The Pines, PO Box 305, Gouldsboro, PA 18424 |
| 5467857 | + | Middle Smithfield Township, 147 Municipal Drive, East Stroudsburg, PA 18302-9519 |
| 5467872 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5474381 | + | Township of Middle Smithfield, 1 West Broad Street, Suite 700, Bethlehem, PA 18018-5717 |
| 5467873 | + | Udren Law Offices, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Aug 28 2023 22:34:00 | Ally Financial, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Aug 28 2023 22:34:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5467848 | | Email/Text: akron_patient_services@teamhealth.com | Aug 28 2023 18:37:00 | HCFS, 3585 Ridge Park Drive, Akron, OH 44333 |
| 5467838 | | EDI: WFFC.COM | Aug 28 2023 22:34:00 | American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 5467839 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 28 2023 18:37:00 | American Honda Finance, National Bankruptcy Center, PO Box 168088, Irving, TX 75016 |
| 5474346 | + | EDI: CINGMIDLAND.COM | Aug 28 2023 22:34:00 | AT&T Mobility II LLC, % AT&T Services, Inc, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 5474347 | | EDI: ATLASACQU | Aug 28 2023 22:34:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 5467837 | + | EDI: GMACFS.COM | Aug 28 2023 22:34:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5486523 | + | EDI: AISACG.COM | Aug 28 2023 22:34:00 | Ally Financial, c/o AIS Portfolio Services LLP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 5467840 | | EDI: AIS.COM | Aug 28 2023 22:34:00 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 5467841 | ^ | MEBN | Aug 28 2023 18:34:49 | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 5479746 | + | EDI: RECOVERYCORP.COM | | |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Aug 28 2023 22:34:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5467842 | + EDI: CAPITALONE.COM | Aug 28 2023 22:34:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5467843 | + EDI: CITICORP.COM | Aug 28 2023 22:34:00 | Citibank, 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 5467844 | + Email/Text: mediamanagers@clientservices.com | Aug 28 2023 18:37:00 | Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 5467845 | EDI: DIRECTV.COM | Aug 28 2023 22:34:00 | DirecTV, PO Box 78626, Phoenix, AZ 85062-8626 |
| 5467846 | + EDI: CITICORP.COM | Aug 28 2023 22:34:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 5467855 | + EDI: CITICORP.COM | Aug 28 2023 22:34:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5467849 | + EDI: LCIICSYSTEM | Aug 28 2023 22:34:00 | I C System, Attn: Bankruptcy, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 5467852 | + EDI: IRS.COM | Aug 28 2023 22:34:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 5467853 | ^ MEBN | Aug 28 2023 18:35:27 | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5474360 | ^ MEBN | Aug 28 2023 18:35:27 | KML Law Group, BNY Mellon Independence Center, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5467856 | + Email/Text: BankruptcyEast@firstenergycorp.com | Aug 28 2023 18:37:00 | Met Ed, c/o Fist Energy, 101 Crawford's Corner Road, Bldg. 1, Suite 1-51, Holmdel, NJ 07733-1976 |
| 5467858 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 18:37:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 5467859 | + Email/Text: MKnitter@monroecountypa.gov | Aug 28 2023 18:37:00 | Monroe County Tax Claim Bureau, 1 Quaker Plz 104, Stroudsburg, PA 18360-2141 |
| 5467860 | + Email/Text: Bankruptcies@nragroup.com | Aug 28 2023 18:37:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5467861 | EDI: PENNDEPTREV | Aug 28 2023 22:34:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 5467861 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 28 2023 18:37:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 5476273 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2023 18:37:00 | PNC Bank, N.A., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5476274 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2023 18:37:00 | PNC Bank, National Association, PNC Bank, N.A., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5467862 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2023 18:37:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 5467864 | EDI: PRA.COM | Aug 28 2023 22:34:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 5476370 | EDI: PRA.COM | Aug 28 2023 22:34:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5471553 | EDI: PENNDEPTREV | Aug 28 2023 22:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5471553 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 28 2023 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5467863 | + | EDI: PRA.COM | Aug 28 2023 22:34:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 5467865 |   | EDI: Q3G.COM | Aug 28 2023 22:34:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 5467866 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 28 2023 18:37:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5467867 | + | EDI: RMSC.COM | Aug 28 2023 22:34:00 | Syncb/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 5467876 | + | EDI: RMSC.COM | Aug 28 2023 22:34:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5467868 | + | EDI: RMSC.COM | Aug 28 2023 22:34:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5467869 | + | EDI: RMSC.COM | Aug 28 2023 22:34:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5467870 | + | EDI: RMSC.COM | Aug 28 2023 22:34:00 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5467871 | + | EDI: LCITDAUTO | Aug 28 2023 22:34:00 | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 5467872 | + | EDI: Q3GTBI | Aug 28 2023 22:34:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5467874 | + | EDI: VERIZONCOMB.COM | Aug 28 2023 22:34:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 5477856 |   | EDI: AIS.COM | Aug 28 2023 22:34:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5467875 | + | EDI: WFFC2 | Aug 28 2023 22:34:00 | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5474366 |   | Monroe Co Drs |
| cr | *+ | Middle Smithfield Township, 147 Municipal Drive, East Stroudsburg, PA 18302-9519 |
| 5474354 | *P++ | AKRON BILLING CENTER BANKRUPTCY NOTICES, ATTN ATTN PATIENT SERVICES, 3585 RIDGE PARK DR, AKRON OH 44333-8203, address filed with court:, HCFS, 3585 Ridge Park Drive, Akron, OH 44333 |
| 5474341 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 5474342 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, National Bankruptcy Center, PO Box 168088, Irving, TX 75016 |
| 5474340 | *+ | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5474343 | * | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 5474344 | *+ | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 5474348 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5474349 | *+ | Citibank, 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 5474350 | *+ | Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 5474351 | *P++ | DIRECTV LLC, ATTN BANKRUPTCIES, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550, address filed with court:, DirecTV, PO Box 78626, Phoenix, AZ 85062-8626 |
| 5474352 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 5474362 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5474353 | *+ | Fanta Sea Resorts, 1507 Boardwalk, Atlantic City, NJ 08401-7012 |
| 5474355 | *+ | I C System, Attn: Bankruptcy, 444 Highway 96 East, Saint Paul, MN 55127-2557 |

| | | |
|---|---|---|
| 5467851 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 5474357 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 5474358 | *+ | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 5467850 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 5474356 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 5474359 | *+ | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5474361 | *P++ | LAKE OF THE PINES COMMUNITY ASSOCIATION, PO BOX 305, GOULDSBORO PA 18424-0305, address filed with court:, Lake Of The Pines, PO Box 305, Gouldsboro, PA 18424 |
| 5474363 | *+ | Met Ed, c/o Fist Energy, 101 Crawford's Corner Road, Bldg. 1, Suite 1-51, Holmdel, NJ 07733-1976 |
| 5474364 | *+ | Middle Smithfield Township, 147 Municipal Drive, East Stroudsburg, PA 18302-9519 |
| 5474365 | *+ | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 5474367 | *+ | Monroe County Tax Claim Bureau, 1 Quaker Plz 104, Stroudsburg, PA 18360-2141 |
| 5474368 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5474369 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 5474370 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 5474372 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 5474371 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 5474373 | * | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 5474374 | *+ | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5474375 | *+ | Syncb/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 5474376 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5474377 | *+ | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5474378 | *+ | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5474379 | *+ | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 5474380 | *+ | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5474382 | *+ | Udren Law Offices, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 5474383 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 5474384 | *+ | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 1 Undeliverable, 42 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 30, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kelly Lyn Eberle | on behalf of Creditor Middle Smithfield Township keberle@grimlaw.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov |

Paul W McElrath, Jr.   on behalf of Debtor 1 Joseph Yeboah ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

United States Trustee   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph Yeboah,　　　　　　　　　　　　　　Chapter　　13

　　**Debtor 1**

　　　　　　　　　　　　　　　　　　　　　　Case No.　　5:22−bk−00611−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

　　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　　Mark J. Conway, United States Bankruptcy Judge

　　　　　　　　　　　　　　　　　　　　　Dated: August 28, 2023

ordsmiss (05/18)